Timothy J. Preso
Amanda D. Galvan
Earthjustice
313 East Main Street
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695
tpreso@earthjustice.org
agalvan@earthjustice.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CONSERVATION NORTHWEST; DEFENDERS OF WILDLIFE; FRIENDS OF THE CLEARWATER; GREATER YELLOWSTONE COALITION; IDAHO CONSERVATION LEAGUE; JACKSON HOLE CONSERVATION ALLIANCE; KLAMATH-SISKIYOU WILDLANDS CENTER; and ROCKY MOUNTAIN WILD, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, Secretary, U.S. Department of the Interior, in his official capacity; AURELIA SKIPWITH, Director, U.S. Fish and Wildlife Service, in her official capacity; and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No. 20-CV-00038-DLC <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

I, Amanda D. Galvan, hereby certify that on March 19, 2020, I caused the following defendants to be served with summonses and the complaint in this action by sending the same by certified mail, electronic return receipt requested:

William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

David Bernhardt
Secretary of the Interior
Department of the Interior
1849 C Street, NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C. Street, NW, Room 3331
Washington, DC 20240

Aurelia Skipwith
Director
U.S. Fish and Wildlife Service
1849 C Street, NW, Room 3331
Washington, DC 20240

Kurt Alme
United States Attorney
District of Montana
P.O. Box 8329
Missoula, MT 59807

Receipts indicating that the above defendants received a summons and complaint have been returned to me by the United States Postal Service. That information indicates that a summons and the complaint in this action were served on March 24, 2020 upon defendant Barr and on March 23, 2020 upon defendants Bernhardt, U.S. Fish and Wildlife Service, Skipwith, and U.S. Attorney Alme.

Attached hereto are the sender's receipts and electronic return receipts for the certified mailings to the above defendants.

Respectfully submitted this 7th day of April, 2020.

/s/Amanda D. Galvan
Timothy J. Preso
Amanda D. Galvan
Earthjustice
313 East Main Street
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695
tpreso@earthjustice.org
agalvan@earthjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2020, I caused the foregoing document to be served upon the following by first-class mail, postage prepaid, addressed as follows:

William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

David Bernhardt
Secretary of the Interior
Department of the Interior
1849 C Street, NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C. Street, NW, Room 3331
Washington, DC 20240

Aurelia Skipwith
Director
U.S. Fish and Wildlife Service
1849 C Street, NW, Room 3331
Washington, DC 20240

Kurt Alme
United States Attorney
District of Montana
P.O. Box 8329
Missoula, MT 59807

/s/Amanda D. Galvan
Amanda D. Galvan



March 24, 2020

Dear Cindy Napoli:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0002 3274 5788**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 24, 2020, 4:53 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 4.0oz |
| Recipient Signature | |
| Signature of Recipient: | [signature: Eddie L. Anderson / EDDIE L. ANDERSON] |
| Address of Recipient: | Justice 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



UNITED STATES POSTAL SERVICE

March 25, 2020

Dear Cindy Napoli:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0002 3274 5771**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 23, 2020, 11:40 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



UNITED STATES POSTAL SERVICE

March 25, 2020

Dear Cindy Napoli:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0002 3274 5757**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 23, 2020, 11:40 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

### Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**USPS UNITED STATES POSTAL SERVICE**

March 26, 2020

Dear Cindy Napoli:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0002 3274 5764**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 23, 2020, 11:40 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 23, 2020

Dear Cindy Napoli:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0002 3274 5740**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 23, 2020, 12:10 pm |
| Location: | MISSOULA, MT 59807 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | PO BOX 8329<br>MISSOULA, MT 59807-8329 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004