IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CV 20–38–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, et al., | |
| Defendants. | |

Before the Court is the parties Joint Motion to Dismiss. (Doc. 10.) Upon consideration of the motion and Stipulated Settlement Agreement submitted to the Court on July 1, 2020,

IT IS ORDERED that the parties shall comply with the terms of the Stipulated Settlement Agreement, which is hereby incorporated by reference and entered into the record of this proceeding. Pursuant to ¶ 11 of the Stipulated Settlement Agreement, the Court retains jurisdiction to oversee compliance with the settlement agreement.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice.

DATED this 6th day of July, 2020.


Dana L. Christensen, District Judge
United States District Court